# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

146849 & (90)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BEVERLY GARVIN,
        Plaintiff-Appellant,

v

                                            SC: 146849
                                            COA: 298838
                                            Wayne CC: 08-120224-NO

DETROIT BOARD OF EDUCATION, a/k/a
DETROIT PUBLIC SCHOOLS DISTRICT,
a/k/a DETROIT PUBLIC SCHOOLS, MARY
ANDERSON, LAURI WASHINGTON,
ROSA JACKSON, and DEBRA WILLIAMS,
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the February 26, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to vacate the Court of Appeals judgment is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



h0722

                                            Clerk